UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-21947-DPG

**VICTOR ARIZA**,

    Plaintiff,

vs.

**FENDI NORTH AMERICA, INC. d/b/a**
**FENDI, a foreign for-profit corporation,**

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, VICTOR ARIZA ("Plaintiff"), and Defendant, FENDI NORTH AMERICA, INC. d/b/a FENDI ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action with prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

Dated: June 23, 2020.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO**<br>**DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: duranandassociates@gmail.com |

By____*s/ Roderick V. Hannah*_____          By ____*s/ Pelayo M. Duran*_____
     RODERICK V. HANNAH                              PELAYO M. DURAN
     Fla. Bar No. 435384                                    Fla. Bar No. 0146595

**EPSTEIN BECKER & GREEN, P.C**
Counsel for Defendant
875 Third Avenue
New York, NY 10022
Tel.: 888-503-8230
Email: jstein@ebglaw.com

By_____/s Joshua A. Stein_____
     JOSHUA A. STEIN, ESQ.